UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO: _____

| | |
|---|---|
| THOMAS P. BUDNICK, | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| LUDLOW POLICE OFFICER JOHN DOE, | ) |
| Individually and in the scope of his authority, | ) |
| LUDLOW POLICE OFFICER MARY DOE, | ) |
| Individually and in the scope of her authority, | ) |
| HARWICH POLICE OFFICER JOHN DOE, | ) |
| Individually and in the scope of his authority | ) |
| HARWICH POLICE OFFICER MARY DOE, | ) |
| Individually and in the scope of her authority | ) |
| LUDLOW POLICE DEPARTMENT, | ) |
| TOWN OF LUDLOW, a municipal government, | ) |
| LUDLOW POLICE CHIEF JAMES MCGOWEN, | ) |
| Individually and in the scope of his authority, | ) |
| LUDLOW POLICE OFFICER WILLIAM ROSS, | ) |
| Individually and in the scope of his authority, | ) |
| LUDLOW POLICE OFFICER KIM INGALLS, | ) |
| Individually and in the scope of her authority, | ) |
| LUDLOW POLICE OFFICER ALBERT BELLORINI, | ) |
| Individually and in the scope of his authority, | ) |
| HARWICH POLICE DEPARTMENT, | ) |
| TOWN OF HARWICH, a municipal government, | ) |
| WESTWOOD POLICE DEPARTMENT, | ) |
| TOWN OF WESTWOOD, a municipal government, | ) |
| Defendants | ) |

AND

| | |
|---|---|
| THOMAS P. BUDNICK, | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| LUDLOW POLICE OFFICER STEPHEN SAMBOR, | ) |
| Individually and in the scope of his authority, | ) |
| LUDLOW POLICE CHIEF PABLO P. MADERA, | ) |

576013

| | |
|---|---|
| Individually and in the scope of his authority, | ) |
| LUDLOW POLICE DEPARTMENT, | ) |
| TOWN OF LUDLOW, a municipal government, | ) |
| TOWN OF WESTWOOD, a municipal government, | ) |
| WESTWOOD POLICE DEPARTMENT, | ) |
| BARBARA A. MCEACHERN, CHARLES MENARD | ) |
| and LUDLOW POLICE OFFICER JOHN DOE, | ) |
| Individually and in the scope of his authority, | ) |
| Defendants | ) |

**NOTICE OF REMOVAL**

NOW COME the petitioners, Town of Ludlow ("Ludlow"), Ludlow Police Department ("LPD"), Ludlow Police Office John Doe ("LPD JD"), Ludlow Police Officer Mary Doe ("LPD MD"), Chief James McGowen ("Chief McGowen"), Officer William Ross ("Officer Ross"), Officer Kim Ingalls ("Officer Ingalls"), Officer Albert Bellorini ("Officer Bellorini"), Ludlow Police Officer Stephen Sambor ("Officer Sambor") and Ludlow Police Chief Pablo P. Madera ("Chief Madera," and, collectively with Ludlow, LPD, LPD JD, LPD MD, Chief McGowen, Officer Ross, Officer Ingalls, Officer Bellorini, and Officer Sambor, the "Ludlow Defendants"), the Town of Harwich ("Harwich"), the Harwich Police Department ("HPD"), Harwich Police Officer John Doe ("HPD JD"), and Harwich Police Officer Mary Doe ("HPD MD," and, collectively with Harwich, HPD and HPD JD, the "Harwich Defendants"), and the Town of Westwood ("Westwood") and Westwood Police Department ("WPD," and with Westwood, the "Westwood Defendants" and, collectively with the Ludlow Defendants and Harwich Defendants, the "Petitioners"), who are defendants in the above titled action, by their undersigned attorney, and pursuant to 28 U.S.C. § 1441, *et seq*., state as follows:

1. Petitioners exercise their rights under the provisions of 28 U.S.C. § 1441, *et seq.,* to remove this action from the Superior Court of the Department of the Trial Court, Commonwealth of Massachusetts, Hampden County, in which this case is now pending under the name and style: *THOMAS P. BUDNICK v. LUDLOW POLICE OFFICER JOHN*

576013

*DOE, Individually and in the scope of his authority, LUDLOW POLICE OFFICER MARY DOE, Individually and in the scope of her authority, HARWICH POLICE OFFICER JOHN DOE, Individually and in the scope of his authority, HARWICH POLICE OFFICER MARY DOE, Individually and in the scope of her authority, LUDLOW POLICE DEPARTMENT, TOWN OF LUDLOW, a municipal government, LUDLOW POLICE CHIEF JAMES MCGOWEN, Individually and in the scope of his authority, LUDLOW POLICE OFFICER WILLIAM ROSS, Individually and in the scope of his authority, LUDLOW POLICE OFFICER KIM INGALLS, Individually and in the scope of her authority, LUDLOW POLICE OFFICER ALBERT BELLORINI, Individually and in the scope of his authority, HARWICH POLICE DEPARTMENT, TOWN OF HARWICH, a municipal government, WESTWOOD POLICE DEPARTMENT, TOWN OF WESTWOOD, a municipal government*, and, as supplemented, *THOMAS P. BUDNICK v. LUDLOW POLICE OFFICER STEPHEN SAMBOR, Individually and in the scope of his authority, LUDLOW POLICE CHIEF PABLO P. MADERA, Individually and in the scope of his authority, LUDLOW POLICE DEPARTMENT, TOWN OF LUDLOW, a municipal government, TOWN OF WESTWOOD, a municipal government, WESTWOOD POLICE DEPARTMENT, BARBARA A. MCEACHERN, CHARLES MENARD, and LUDLOW POLICE OFFICER JOHN DOE, Individually and in the scope of his authority*, Docket No. HDCV2013-857

2. This is a action in which the District Courts of the United States have been given original jurisdiction in that it arises under the laws of the United States as provided in 28 U.S.C. § 1331.

3. Specifically, the plaintiff, Thomas P. Budnick, appears to allege a violation of his rights pursuant to 42 U.S.C. § 1983 as well as Federal claims for violation of 15 U.S.C. §

576013

6604 et seq. (Count 1); 46A U.S.C. § 322 et seq. (Count 11); obstruction of justice in violation of 14th Amendment and 18 U.S.C. §§ 3141, 3142 et seq. (Count III); Federal Civil Rights claims in violation of 42 U.S.C. §§ 1981, 1983, 1985, 1987 et seq., and 50 U.S.C. §§ 2201, 2204, 2205 et seq. (Count IV); violation of 18 U.S.C. § 242 (Count V); Conspiracy-RICO, Civil-Criminal, 42 U.S.C. § 1962 et seq., 42 U.S.C. § 1983, et seq. (Count VI); Spoils of War (1812), 50 U.S.C. § 2201, 2204 et seq.

4. This action was filed on or about December 2, 2013. Service was made upon the following Petitioners as of the dates indicated:

- Ludlow, Officer Bellorini and Officer Koss on or about December 16, 2013.
- Officer Ingalls on or about December 27, 2013.
- Westwood, on or about December 30, 2013.
- Harwich, HPD and HPD JD on or about December 20, 2013.

In accordance with the requirements of 28 U.S.C. § 1446, this Notice of Removal is filed within thirty (30) days after the service of the summons and complaint upon the Petitioners.

5. Pursuant to 28 U.S.C. § 1446, the Petitioners are filing contemporaneously with this Notice of Removal copies of the following served upon it in this action (attached hereto as <u>Exhibits A and B</u>, respectively):

(a) Summonses**;**

(b) Complaint.

6. Based on the foregoing, the Petitioners respectfully request that this action be removed from the Superior Court, Department of the Trial Court of Massachusetts, Commonwealth of Massachusetts, Hampden Division, to the United States District Court for

576013

the District of Massachusetts, Western Division, the District and Division where the action is pending.

8. Written notice of the filing of this Notice will be given to the adverse party.

9. A copy of this petition will be filed with the clerk of the Superior Court Department, Hampden Division.

WHEREFORE, the Petitioners respectfully request that this action be removed to this Court and that this Court accept jurisdiction of this action and that this action be placed on the docket of this Court for further proceedings, as though this action had originally been instituted in this Court.

Respectfully submitted,

THE DEFENDANTS,
TOWN OF LUDLOW, LUDLOW POLICE DEPARTMENT, LUDLOW POLICE OFFICER JOHN DOE, LUDLOW POLICE OFFICER MARY DOE, CHIEF JAMES MCGOWEN, OFFICER WILLIAM ROSS, OFFICER KIM INGALLS, OFFICER ALBERT BELLORINI, LUDLOW POLICE OFFICER STEPHEN SAMBOR, LUDLOW POLICE CHIEF PABLO P. MADERA, TOWN OF HARWICH, HARWICH POLICE DEPARTMENT, HARWICH POLICE OFFICER JOHN DOE, HARWICH POLICE OFFICER MARY DOE, TOWN OF WESTWOOD, WESTWOOD POLICE DEPARTMENT

By  */s/ Jeffrey J. Trapani*
Jeffrey J. Trapani, Esq., BBO No. 661094
   jjt@robinsondonovan.com
   Fax (413) 452-0389
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301

576013

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies* will be sent to those indicated as non-registered participants on this 2nd day of January, 2014.

                                                   */s/ Jeffrey J. Trapani*
                                                 Jeffrey J. Trapani, Esq.

*Thomas P. Budnick
Bel-Inn
389 Riverdale Road, Suite 28
West Springfield, MA  01089

576013