## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS P. BUDNICK,<br>　　　Plaintiff<br><br>v.<br><br>JOHN DOE, ET AL.,<br>　　　Defendant | CIVIL ACTION<br>NO. 3:14-cv-30001-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants John Doe, et al., against the plaintiff Thomas P. Budnick, pursuant to the court's memorandum and order entered this date, granting the defendant's motion to dismiss.

　　　　　　　　　　　　　　　　　　　**ROBERT M. FARRELL**,
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Dated: May 20, 2014　　　　　　/s/ *Maurice G. Lindsay*
　　　　　　　　　　　　　　　　Maurice G. Lindsay
　　　　　　　　　　　　　　　　Deputy Clerk

(Civil Judgment (Routine) 7.wpd - 11/98)
　　　[jgm.]