PLEASE SEND DISTRICT + APPEAL
COURT RULES! (2ND REQUEST)

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

THOMAS P. BUDNICK
*Plaintiff/Petitioner*
v.
LUDLOW POLICE OFFICER
*Defendant/Respondent*
JOHN DOE ET AL'S

Civil Action No. 3:14-CV-30007-MAP
No 14-1560 APPEALS COURT

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __4 TO 7 YEAR'S AT BRIDGEWATER__
If employed there, or have an account in the institution, I have attached to this document a statement certified by the MENTAL appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any HOSPITAL institutional account in my name.. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
HAVEN'T WORKED SINCE 1997 —

My gross pay or wages are: $ __0__, and my take-home pay or wages are: $ __0__ per
*(specify pay period)*

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes    ☒ No
(b) Rent payments, interest, or dividends             ☐ Yes    ☒ No
(c) Pension, annuity, or life insurance payments      ☐ Yes    ☒ No
(d) Disability, or worker's compensation payments     ☐ Yes    ☒ No
(e) Gifts, or inheritances → TRYING TO GET           ☐ Yes    ☒ No
(f) Any other sources SOME RETIRED FED,               ☐ Yes    ☒ No
  JUDGE IN HOLYOKE SAID NO!

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

THE HEAD LAW LIBRARIAN, WHO CUT OUT HIS WIFE'S HEART AND PUT IT ON THE BACKYARD GRILL, SAID (HEARSAY) YOUR SUPPOSED TO BE MORE HELPFUL + UNDERSTANDING!

GOOGLE STILL PLAN'S TO BUILT A HUGE MOON BASE/ RADIO/SHACK

[Margin notes:]
7/1/14
DENIED. Plaintiff has paid the fee. SO ORDERED. Ponsor, USDJ Michael (B)
[Top of page:] Case 3:14-cv-30007-MAP Document 20 Filed 06/06/14 Page 1 of 2