Upon de novo review, this Report and Recommendation is hereby adopted. The application to appeal in forma pauperis is DENIED for the reasons stated in the Report and Recommendation. So ordered. /s/ Michael A. Ponsor USDJ 7-1-14

[Additional margin note:] because the fee has been paid

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS A. BUDNICK, <br><br> Plaintiff, <br><br> v. <br><br> LUDLOW POLICE OFFICER <br> JOHN DOE, et. al., <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 14-30001-MAP <br> ) <br> ) <br> ) <br> ) |

REPORT AND RECOMMENDATION WITH REGARD
TO PLAINTIFF'S APPLICATION TO APPEAL
_IN FORMA PAUPERIS_
June 13, 2014

NEIMAN, U.S.M.J.

Presently before the court is Thomas A. Budnick ("Plaintiff")'s application to appeal _in forma pauperis_, which application has been referred to this court. Insofar as a denial of the motion would be dispositive, the court proceeds by way of a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(A). For the reasons which follow, the court will recommend that the application be denied.

The background to this matter is set forth in District Judge Michael A. Ponsor's May 20, 2014 Memorandum and Order regarding the municipal defendants' motion to dismiss. (Document No. 14.) After noting the dismissal of a previously-filed suit commenced by Plaintiff, which echoed the claims in the instant matter, Judge Ponsor described the present complaint as having "all the hallmarks of the copious other complaints this court has forbidden [Plaintiff] to file without leave." (Id. at 5.) The only reason the instant matter found its way past this barrier was its having been commenced in state court and thereafter removed to this forum. In any event, the